## MARVIN *v.* RUHMOHR.

TRIAL—REMARKS OF COUNSEL.

A judgment for defendant will not be reversed because of the remark of his counsel in reference to plaintiff's chief witness, "This man is a star witness in all these cases; he would swear a hole through a two-inch plank,"—where plaintiff's counsel did not bring the remark to the attention of the trial judge, who apparently permitted it to pass as unworthy of notice.

Error to Wayne; Carpenter, J. Submitted January 26, 1898. Decided February 16, 1898.

Replevin by Curtis W. Marvin against Henry Ruhmohr and wife. From a judgment for defendants, plaintiff brings error. Affirmed.

*Flowers, May & Moloney*, for appellant.

*James H. Pound*, for appellees.

PER CURIAM. Action of replevin for a piano.

1. Error is assigned upon the admission of certain testimony. We find no error in the ruling of the court.

2. Error is assigned upon certain remarks of counsel for the defendants in reference to plaintiff's chief witness. The remarks complained of are these: "This man Bouton is a star witness for Marvin in all these cases. He would swear a hole through a two-inch plank." Evidently the learned circuit judge did not consider such extravagant statements worthy of notice. Nor does it appear that counsel for plaintiff called the attention of the court to it. We do not think that under these circumstances the judgment should be reversed.

Judgment affirmed.